UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON ALAN SMITH,

              Plaintiff,

    v.

CITY OF RENTON ET AL.,

              Defendants.

Case No. C26-0128-JNW

ORDER GRANTING IFP

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 20th day of January, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING IFP - 1